UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BENSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN B. WOLFSON, et al.,<br><br>        Defendants. | Case No. 4:20-cv-01881-KAW<br><br>**ORDER TRANSFERRING CASE TO U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

The above-captioned case was improperly filed in the United States District Court for the Northern District of California. Plaintiff's claims arise from events that occurred in Clark County, Nevada, which is located in the District of Nevada. Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the District of Nevada, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 108, 1391(b), 1406(a).

IT IS SO ORDERED.

Dated: April 27, 2020

*Kandis Westmore*

KANDIS A. WESTMORE
d States Magistrate Judge